UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SABRINA E. BARNES,
                Plaintiff,

20 **CIVIL** 1195 (SLC)

-against-

**JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated August 24, 2021, the Commissioner's Motion (ECF No. 17) is GRANTED and Barnes' Motion (ECF No. 15) is DENIED.

**Dated:** New York, New York
        August 24, 2021

                                                **RUBY J. KRAJICK**
                                                   Clerk of Court
                           **BY:**
                                                    **Deputy Clerk**